UNITED STATES of America,
Plaintiff–Appellee,

v.

Antonio FLORES–CURIEL,
Defendant–Appellant.

No. 13–50048.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 9, 2014.*

Filed Jan. 15, 2014.

Jason Wandel, Bruce R. Castetter, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Eduardo A. Paredes, Law Office of Eduardo A. Paredes, Los Angeles, CA, for Defendant–Appellant.

Before: W. FLETCHER, M. SMITH, and WATFORD, Circuit Judges.

MEMORANDUM **

Antonio Flores–Curiel does not qualify for expungement of his 1992 conviction under the Federal First Offender Act (FFOA), 18 U.S.C. § 3607. He concedes that he was not sentenced under § 3607(a) and that he was over 21 at the time of the offense. Thus, he does not meet the FFOA's conditions for expungement. *See*

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*United States v. Crowell,* 374 F.3d 790, 792 (9th Cir.2004).

AFFIRMED.